# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

CARLOS SIERRA, an individual,

      Plaintiff,

    vs.

WALMART INC., a Delaware corporation; FELICIA WASHINGTON, an individual; and DOES 1-100, inclusive.

      Defendants.

Case No. 1:25-CV-01819-JLT-CBD

**[PROPOSED] ORDER REGARDING THE PARTIES' JOINT STIPULATION TO REMAND CASE**

[Removed from Kern County Superior Court, Case No. 25CUB00532]

Judge: Jennifer L. Thurston
Courtroom: 4

# [PROPOSED] ORDER

Having considered the Parties Joint Stipulation to Remand and good cause showing, the Court orders as follows:

This case is remanded to the Superior Court of the State of California, County of Kern on the conditions set forth in the Parties' stipulation.

Each party shall bear their own costs and fees relating to the removal and remand of this action.

IT IS SO ORDERED.

Dated:    **February 6, 2026**



UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND
CASE NO. 1:25-CV-01819-JLT-CDB